IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DR. JOSEPH F. O'TOOLE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NUMBER: |
| THE DIOCESE OF ) | 2:19-cv-01092 |
| BIRMINGHAM IN ALABAMA; ) | |
| REVEREND ROBERT J. ) | |
| SULLIVAN; AND JULIE EMORY- ) | |
| JOHNSON, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

The Plaintiff and Defendants, through their attorneys, hereby jointly stipulate to the dismissal with prejudice of Plaintiff's claims against the Defendants in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear his/her or its own costs.

/s/ John D. Saxon
John D. Saxon
John D. Saxon, P.C.
2119 3rd Avenue North
Birmingham, AL 35203
jsaxon@saxonattorneys.com
Attorney for Plaintiff

/s/ Anne R. Yuengert
_____
ANNE R. YUENGERT
ASB-4964-g64a
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
ayuengert@bradley.com
Attorney for Defendants